UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE ZAPIEN,**<br><br>          Plaintiff,<br><br>     v.<br><br>**ALLSTATE NORTHBROOK INDEMNITY COMPANY**,<br><br>          Defendant. | No. 1:25-cv-00823-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 9) |

On September 19, 2025, the parties filed a joint stipulation dismissing the action. (Doc. 9.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:     **September 19, 2025**                    /s/ *Sheila K. Oberto*
                                                                             UNITED STATES MAGISTRATE JUDGE